# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT DISTRICT OF NEVADA
## CLARK COUNTY, STATE OF NEVADA

JINGLING WU, an individual; et al.

Plaintiff(s)

v.

ANDREW S. FONFA, an individual; et al.,

Defendant(s)

Case No.:2:19-cv-00229-JCM-PAL
Yanxiong Li, Esq., Bar No. 12807
WRIGHT FINLAY & ZAK - LITIGATION
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964
*Attorneys for the Plaintiff(s) Individual EB5-Investors*

Client File# Lucky Dragon 652-2018086

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons In A Civil Action; Complaint, from WRIGHT FINLAY & ZAK - LITIGATION

That on 3/11/2019 at 2:26 PM I served the above listed documents to BOFU, LLC - c/o Crystal A. Martin, CPA, Registered Agent by personally delivering and leaving a copy at 8240 W. Charleston Blvd., Suite 3, Las Vegas, NV 89117 with Kim Barnett - Receptionist, a person of suitable age and discretion, authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: 60's, Height: 5'7", Weight: 170 lbs., Hair: Blonde, Eyes: Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/15/19

*[signature]*

Judith Mae All
Registered Work Card# R-040570
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Order #:NV172101