# AFFIDAVIT OF DUE DILIGENCE

### UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
### CLARK COUNTY, STATE OF NEVADA

JINGLING WU, an individual; et al.,

Plaintiff(s)

v.

ANDREW S. FONFA, an individual; et al.,

Defendant(s)

Case No.:2:19-cv-00229-JCM-PAL
Yanxiong Li, Esq.,  Bar No. 12807
WRIGHT FINLAY & ZAK - LITIGATION
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964
*Attorneys for the Plaintiff(s)*

Client File# Lucky Dragon 652-2018086

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons in a Civil Action; Complaint, from WRIGHT FINLAY & ZAK - LITIGATION

That attempts were made to serve David Samuel Jacoby with Summons in a Civil Action; Complaint, at:

Attempted at 3172 Bel Air Drive, Las Vegas, NV 89109 On 3/14/2019 at 1:28 PM
Results: Guard-gated community. Escorted to property address. No answer, quiet. Two realtor lockboxes on security gate. Security Officer Miguel with Templar Security verified that David Samuel Jacoby is no longer a resident.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/21/19

*[signature]*
Judith Mae All
Registered Work Card# R-040570
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Order #:NV172715
Their File Lucky Dragon 652-2018086