HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
Mark Gardberg, Nevada Bar No. 10879
mjg@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendants Andrew Fonfa, Sahara Investments LLC, Las Vegas Economic Impact Regional Center, LLC and Eastern Investments LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JINGLING WU, an individual; WANLING LI, an individual; HONGHONG JIANG, an individual; RONG WANG, an individual; BIYU XIE, an individual; SHAOZHEN YAN, an individual; ZHIRONG FU, an individual; GUANGJU YAN, an individual; QILONG LIAO, an individual; YING ZHU, an individual; QING LI, an individual; ZIXUN YANG, an individual; QU CHEN, an individual; YANXIN ZHOU, an individual; XIAOPING HAN, an individual; KAI ZHOU, an individual; YIXI LIU, an individual; XIAOYING HUANG, an individual; YIHUI LIANG, an individual; KAIQING YANG, an individual; XIANNA CHEN, an individual; ZHIYAN ZHANG, an individual; JINYUN YE, an individual; YIRUI CHEN, an individual; WENJIAN LIAO, an individual; YIRANG LIU, an individual; ZIXUAN WANG, an individual; MING LIU, an individual; HAOWEN LUO, an individual; YANZHAO YANG, an individual; LINGFENG XIAO, an individual; YAN LIU, an individual; CUI YU, an individual; QUN WEN, an individual; JIAXIN YE, an individual; RUI WANG, an individual; SHAOMEI MO, an individual; SHUHAN | Case No. 2:19-cv-00229-JCM-(PAL)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

LIN, an individual; XIN ZHANG, an individual; and HANXIAO HE, an individual (Collectively as "Individual EB-5 Investors")

Plaintiff,

vs.

ANDREW S. FONFA, an individual; WILLIAM WEIDNER, an individual; DAVID JACOBY, an individual; SAHARA INVESTMENTS, LLC; LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC; EASTERN INVESTMENTS, LLC; BOFU, LLC; WEIDNER MANAGEMENT, LLC, and Does 1 through 100, inclusive;

Defendants.

Pursuant to Local Rule 6-1, Plaintiffs, EB-5 Investors, and Defendants Andrew Fonfa, Sahara Investments, LLC, Las Vegas Economic Impact Regional Center, LLC, Eastern Investments, LLC, William Weidner, BOFU, LLC, and Weidner Management LLC (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that the stipulating Defendants shall have up to and including May 1, 2019, to respond to Plaintiffs' Complaint.

This Stipulation is not intended to change or otherwise affect the deadline for Defendant, David Jacoby, to answer or otherwise respond to Plaintiffs' Complaint.

/ / /
/ / /
/ /
/ / /
/ / /
/ / /
/ / /

An extension is necessary to allow the stipulating Defendants and their counsel adequate time to investigate and evaluate the allegations contained in the Complaint. This is the first request by these Defendants for an extension of time to respond to the Complaint. This request is made in good faith and is not for the purpose of causing undue delay.

| | |
|---|---|
| WRIGHT FINLAY & ZAK LLP | HOWARD & HOWARD ATTORNEYS PLLC |
| /s/ Yanxiong Li | /s/ Robert Hernquist |
| Bradley T. Wibicki, Nevada Bar No. 11321 | Robert Hernquist, Nevada Bar No. 10615 |
| Yanxiong Li, Nevada Bar No. 12807 | Mark J. Gardberg, Nevada Bar No. 10879 |
| 7785 W. Sahara Ave., Suite 200 | 3800 Howard Hughes, Suite 1000 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89169 |
| | *Attorneys for Andrew Fonfa, Sahara Investments LLC, Las Vegas Economic Impact Regional Center, LLC and Eastern Investments, LLC* |
| -- And -- | |
| WRIGHT FINLAY & ZAK LLP | |
| Charles C. McKenna (*pro hac vice pending*) | |
| 4665 MacArthur Court, Suite 200 | |
| Newport Beach CA 92660 | |
| *Attorneys for Plaintiffs, EB-5 Investors* | |
| | SANTORO WHITMIRE, LTD. |
| | /s/ Nicholas Santoro |
| | Nicholas Santoro, Nevada Bar No. 532 |
| | 10100 W. Charleston Blvd., Suite 250 |
| | Las Vegas, NV 89135 |
| | -- And -- |
| | FLASTER/GREENBERG P.C. |
| | Darren Goldstein (*pro hac vice forthcoming*) |
| | 1810 Chapel Ave. West |
| | Cherry Hill, NJ 08002 |
| | *Attorneys for William Weidner, BOFU, LLC, and Weidner Management, LLC* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

Dated ____April 5, 2019_____