WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
bwibicki@wrightlegal.net
yli@wrightlegal.net

WRIGHT, FINLAY & ZAK, LLP
Charles C. McKenna, Esq. (*pro hac vice* counsel)
4665 MacArthur Court, Suite 200
Newport Beach CA 92660
(949) 477-5050; (949) 608-9142 Fax
cmckenna@wrightlegal.net

*Attorneys for Plaintiffs, Individual EB-5 Investors*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JINGLING WU, an individual; WANLING LI, an individual; HONGHONG JIANG, an individual; RONG WANG, an individual; BIYU XIE, an individual; SHAOZHEN YAN, an individual; ZHIRONG FU, an individual; GUANGJU YAN, an individual; QILONG LIAO, an individual; YING ZHU, an individual; QING LI, an individual; ZIXUN YANG, an individual; QU CHEN, an individual; YANXIN ZHOU, an individual; XIAOPING HAN, an individual; KAI ZHOU, an individual; YIXI LIU, an individual; XIAOYING HUANG, an individual; YIHUI LIANG, an individual; KAIQING YANG, an individual; XIANNA CHEN, an individual; ZHIYAN ZHANG, an individual; JINYUN YE, an individual; YIRUI CHEN, an individual; WENJIAN LIAO, an individual; YIRANG LIU, an individual; ZIXUAN WANG, an individual; MING LIU, an individual; HAOWEN LUO, an individual; YANZHAO YANG, an individual; LINGFENG XIAO, an individual; YAN LIU, an individual; CUI YU, an individual; QUN WEN, an individual; JIAXIN YE, an individual; RUI WANG, an individual; SHAOMEI MO, an

Case No.:   2:19-cv-00229-JCM-BNW

**STIPULATION AND ORDER RE:
FURTHER ORDER ON COST BOND**

1  individual; SHUHAN LIN, an individual; XIN
2  ZHANG, an individual; and HANXIAO HE, an
   individual (Collectively as "EB-5 Investors")

3                    Plaintiffs,
4          vs.

5  Andrew S. Fonfa, an individual; William Weidner,
   an individual; David Jacoby, an individual; Sahara
6  Investments, LLC; Las Vegas Economic Impact
7  Regional Center, LLC; Eastern Investments, LLC;
   BOFU, LLC; Weidner Management, LLC, and
8  Does 1 through 100, inclusive,

9                    Defendants.
10

11         The undersigned Parties, by and through their respective attorneys, stipulate and agree as
12  follows:

13         Plaintiffs commenced this action by filing their Complaint on February 6, 2019. [ECF No. 1].

14         On December 2, 2019, an Order on Cost Bond was entered requiring each Plaintiff to file an
15  undertaking or make a cash deposit of $500 with the clerk of the court for each defendant ("Order on
16  Cost Bond"). *See* [ECF No. 45 at 7:3-8].  This amounts to $4,000 for each of the 40 Plaintiffs, for a total
17  of $160,000.

18         The Order on Cost Bond set an original deadline for compliance by Plaintiffs on December 27,
19  2019. *See* [ECF No. 45 at 7:3].

20         On December 27, 2019, Plaintiffs filed a Motion for Extension of Time to Comply with the
21  Order on Cost Bond ("Motion to Extend"). [ECF No. 47].

22         A Minute Order was entered on December 31, 2019, requiring any responses to Plaintiffs'
23  Motion to Extend be made by 5:00 p.m. on January 3, 2020. [ECF No. 48].

24         Plaintiffs have informed Defendants that one of the 40 Plaintiffs, Ms. JIAXIN YE, has elected
25  not to proceed with her claims  in this action, and desires to voluntarily dismiss her Complaint without
26  prejudice.

27  ///
28  ///

1      Plaintiffs have informed Defendants that the remaining 39 Plaintiffs are prepared or will be
2 prepared to make their required cash deposit on or before January 10, 2020 for purposes of complying
3 with the Order on Cost Bond.

4      WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff JIAXIN YE's
5 Complaint against Defendants is dismissed without prejudice in its entirety.

6      IT IS FURTHER STIPULATED AND AGREED that the remaining 39 Plaintiffs shall 1) make a
7 cash deposit in the total amount of $156,000 (39 x $4,000) with the clerk of the court on or before
8 January 10, 2020, and 2) file a Notice or Certificate of Compliance with the Order on Cost Bond.  The
9 case shall remain stayed pending Plaintiffs' compliance with the foregoing.

10      IT IS FURTHER STIPULATED AND AGREED that, upon filing of a Notice or Certificate of
11 Compliance with the Order on Cost Bond, Defendants shall have 30 calendar days therefrom to file
12 response pleadings or motions to Plaintiffs' Complaint.

13      IT IS FURTHER STIPULATED AND AGREED that, in light of this Stipulation, Plaintiffs'
14 Motion to Extend is withdrawn without prejudice.

15      [REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Dated this 3rd day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

WRIGHT, FINLAY & ZAK, LLP
Charles C. McKenna, Esq. (*pro hac vice*)
4665 MacArthur Court, Suite 200
Newport Beach CA 92660
*Attorneys for Plaintiffs, Individual EB-5 Investors*

Dated this 3rd day of January, 2020.

HOWARD & HOWARD ATTORNEYS PLLC

*/s/ Robert Hernquist, Esq.*
Robert Hernquist, Nevada Bar No. 10616
Mark Gardberg, Nevada Bar No. 10879
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
*Attorneys for Defendants Andrew Fonfa, Sahara Investments LLC, Las Vegas Economic Impact Regional Center, LLC and Eastern Investments LLC*

Dated this 3rd day of January, 2020.

SANTORO WHITMIRE

*/s/ Nicholas J. Santoro, Esq.*
Nicholas J. Santoro, Esq.
Nevada Bar No. 0532
Oliver J. Pancheri, Esq.
Nevada Bar No. 7476
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

LEX NOVA LAW LLC
Darren Goldstein, Esq. (*pro hac vice*)
Commerce Center
1810 Chapel Ave. West, Ste. 200
Cherry Hill, New Jersey 08002
*Attorneys for Defendants William Weidner, Bofu, LLC, Weidner Management, LLC, and David Jacoby*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: January 9, 2020 _____