**INDEX OF EXHIBITS**

| **Description** | **Exhibit** |
|---|---|
| Confidential Private Offering Memorandum | A |
| Lucky Dragon, L.P. Subscription Agreement | B |
| Escrow Agreement | C |
| Lucky Dragon, L.P. Limited Partnership Agreement | D |
| License Agreement | E |
| July 5, 2012 Letter from the United States Citizenship and Immigration Services | F |
| Lucky Dragon EB-5 Investor Immigration Status List dated January 6, 2020 | G |
| Decision by USCIS Denying I-526 Petition | H |