HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
*rwh@h2law.com*
Mark Gardberg, Nevada Bar No. 10879
*mjg@h2law.com*
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendants Andrew Fonfa,*
*Sahara Investments LLC, Las Vegas Economic*
*Impact Regional Center, LLC and Eastern Investments LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JINGLING WU, an individual; WANLING LI, an individual; HONGHONG JIANG, an individual; RONG WANG, an individual; BIYU XIE, an individual; SHAOZHEN YAN, an individual; ZHIRONG FU, an individual; GUANGJU YAN, an individual; QILONG LIAO, an individual; YING ZHU, an individual; QING LI, an individual; ZIXUN YANG, an individual; QU CHEN, an individual; YANXIN ZHOU, an individual; XIAOPING HAN, an individual; KAI ZHOU, an individual; YIXI LIU, an individual; XIAOYING HUANG, an individual; YIHUI LIANG, an individual; KAIQING YANG, an individual; XIANNA CHEN, an individual; ZHIYAN ZHANG, an individual; JINYUN YE, an individual; YIRUI CHEN, an individual; WENJIAN LIAO, an individual; YIRANG LIU, an individual; ZIXUAN WANG, an individual; MING LIU, an individual; HAOWEN LUO, an individual; YANZHAO YANG, an individual; LINGFENG XIAO, an individual; YAN LIU, an individual; CUI YU, an individual; QUN WEN, an individual; JIAXIN YE, an individual; RUI WANG, an individual; SHAOMEI MO, an individual; SHUHAN | Case No. 2:19-cv-00229-JCM-(PAL)<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND CONTINUE ALL DEADLINES INCLUDING RULE 26(F) CONFERENCE AND DEADLINE TO SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

| | |
|---|---|
| LIN, an individual; XIN ZHANG, an individual; and HANXIAO HE, an individual (Collectively as "Individual EB-5 Investors") Plaintiff, vs. ANDREW S. FONFA, an individual; WILLIAM WEIDNER, an individual; DAVID JACOBY, an individual; SAHARA INVESTMENTS, LLC; LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC; EASTERN INVESTMENTS, LLC; BOFU, LLC; WEIDNER MANAGEMENT, LLC, and Does 1 through 100, inclusive; Defendants. | |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules LR 6-1 and 26-1, the undersigned parties hereby stipulate and agree to continue the Rule 26(f) Conference and the submission of the Stipulated Discovery Plan and Scheduling Order as set forth more fully below.

1. On March 4, 2020, counsel for Plaintiffs circulated an email scheduling the Rule 26(f) conference for March 19, 2020.

2. On March 5, 2020, counsel for Defendants circulated an email requesting Plaintiffs to agree to a stay of this matter, including a stay of all discovery, based on the pending Motions to Dismiss that, among other things, raise jurisdictional issues. (ECF 54 & 55).

3. On March 19, 2020, the parties participated in a telephonic Rule 26(f) conference, and a "meet and confer" concerning Defendants' intention to move for a stay pending resolution of the Motions to Dismiss.

4. During the March 19, 2020 telephonic conference, Defendants indicated they would be filing a Motion to Stay absent an agreement by all parties to stay discovery. Plaintiffs initially stated they would not agree to stay all discovery in this case pending a decision on the Motions to Dismiss. The parties also discussed a temporary stay in this case, based on the pending

Page 2 of 4

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

1. Motions to Dismiss, the burdens and costs of discovery and the pending Covid-19 outbreak.

5. Based on the agreement of counsel and the Motion to Stay filed by Defendants (ECF 67), the parties hereby stipulate and agree that discovery in this matter, including Initial Disclosures and any supplemental Rule 26(f) conference, is stayed and shall be continued 60 days from the filing of this stipulation.

6. Subject to further agreement of the Parties or a motion by any of the Parties extending the 60-day stay, the stay shall be lifted at the end of 60 days without any further action or court order.

7. The Stipulated Discovery Plan and Scheduling Order shall be due within 14 days after the stay is lifted.

8. If the Court has not yet ruled on the Motion for a Stay (ECF No. 67) within 60 days of Court approval of this Stipulation, all of the parties reserve their respective rights to seek or oppose a further and additional stay.

IT IS SO AGREED AND STIPULATED

Dated this 27th day of March, 2020

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Hernquist
Robert Hernquist, Nevada Bar No. 10616
Mark Gardberg, Nevada Bar No. 10879
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980

*Attorneys for Defendants Andrew Fonfa, Sahara Investments LLC, Las Vegas Economic Impact Regional Center, LLC and Eastern Investments LLC*

Dated this 27th day of March, 2020

LEX NOVA LAW
EIZEN/GOLDSTEIN/RODERICK/SKINNER/
SPIRGEL/DRESSEL
LIMITED LIABILITY COMPANY

By: /s/ Darren Goldstein
Darren Goldstein (*admitted Pro Hac Vice*)
Commerce Center
1810 Chapel Ave. West, Suite 200
Cherry Hill, NJ 08002

Nicholas J. Santoro, Nevada Bar No. 532
Oliver J. Pancheri, Nevada Bar No. 7476
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

*Attorneys for Defendants William Weidner, Bofu, LLC, Weidner Management, LLC, and David Jacoby*

Dated this 27th day of March, 2020

Wright, Finlay & Zak, LLP

By: /s/ Yanxiong Li
Bradley T. Wibicki, Nevada Bar No. 11321
Yanxiong Li, Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Charles C. McKenna, (*admitted Pro Hac Vice*)
Lukasz I. Wozniak, Nevada Bar No. 12139
4665 MacArthur Court, Suite 200
Newport Beach CA 92660

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

**UNITED STATES MAGISTRATE JUDGE**
**DATED** 3/30/2020