WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net

WRIGHT, FINLAY & ZAK, LLP
Charles C. McKenna, Esq. (pro hac vice counsel)
Lukasz I. Wozniak, Esq.
Nevada Bar No. 12139
4665 MacArthur Court, Suite 200
Newport Beach CA 92660
(949) 477-5050; (949) 608-9142 Fax
lwozniak@wrightlegal.net
cmckenna@wrightlegal.net

*Attorneys for Plaintiffs, Individual EB-5 Investors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JINGLING WU, *et al.* (Collectively as "EB-5 Investors") <br><br> Plaintiffs, <br> vs. <br><br> Andrew S. Fonfa, an individual; William Weidner, an individual; David Jacoby, an individual; Sahara Investments, LLC; Las Vegas Economic Impact Regional Center, LLC; Eastern Investments, LLC; BOFU, LLC; Weidner Management, LLC, and Does 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-00229-JCM-BNW <br><br> **ORDER RELEASING COST BOND** |

Plaintiffs, Individual EB-5 Investors opened this case by filing a complaint on February 6, 2019. Plaintiffs filed a certificate of cash deposit of $156,000.00 pursuant to NRS 18.130(1) on January 9, 2020 (ECF No. 52). The Court ordered dismissal of the case pursuant to the Judgment entered on July 2,, 2020. (ECF No. 81).

1     **IT IS ORDERED** that the $156,000.00 deposit, plus interest, be refunded in accordance

2 with the certificate of cash deposit, ECF No. 52, to:

3
      WRIGHT, FINLAY & ZAK, LLP
4       7785 W. Sahara Ave., Suite 200
      Las Vegas, NV 89117
5
unless a party objects to this order by no later than 10 days.

6
DATED July 27, 2020.

7

8                                 UNITED STATES DISTRICT COURT JUDGE